# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160843-4(82)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
        Appellee,

v

FRANK LUCENTE,
        Claimant-Appellant,
and

DART PROPERTIES II, LLC,
        Employer-Appellee.
_____

SC: 160843
COA: 342080
Macomb CC: 2017-000125-AE

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
        Appellee,

v

MICHAEL HERZOG,
        Claimant-Appellant,
and

CUSTOM FORM, INC.,
        Employer-Appellee.
_____/

SC: 160844
COA: 345074
Wayne CC:  18-003162-AE

On order of the Chief Justice, the motion of appellee Unemployment Insurance Agency to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before November 18, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2020



Clerk